# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-07529<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO CERTAIN DEFENDANTS

Plaintiff Monster Energy Company ("Plaintiff" or "MEC") hereby moves this Honorable Court for entry of a Preliminary Injunction as to Defendant Nos. 22-54. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order ("TRO") entered August 28, 2024 [24]. In the event that the Court does not rule on this Motion before the current TRO expiration date (September 11, 2024), Plaintiff also seeks to extend the TRO to maintain the status quo until there is a ruling on Plaintiff's Motion for Entry of a Preliminary Injunction. In support of its Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Quinn B. Guillermo.

Dated this 6th day of September 2024.　　　Respectfully submitted,

/s/ Quinn B. Guillermo
Amy C. Ziegler
Justin R. Gaudio
Quinn B. Guillermo
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
qguillermo@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Monster Energy Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Quinn B. Guillermo
Amy C. Ziegler
Justin R. Gaudio
Quinn B. Guillermo
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
qguillermo@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Monster Energy Company*