# Exhibit A

| Name / Seller Alias | Emails |
|---|---|
| chenzhijiandegongyipinshangdioan | zj13859830797@163.com |
| dezhaoyidianzishangwu | zdz9999zdz@163.com |
| FNGEEN | stevenyang793@163.com |
| guangzhouhandongshangmaoyouxiangongsi | handongcharms@163.com |
| guangzhouniechengshangmaoyouxiangongsi | yujiapeng3285863@outlook.com |
| gzzxi | longo9373@163.com |
| kunmingshaoweishangmaoyouxiangongsi | yibei62880826@163.com |
| KYXXYRYPJYB | 17397141979@163.com |
| LiuhaiMingArtPainting | huanwebing112@163.com |
| LU-CK | 15350268595@163.com |
| Market plicen | fat3j1@163.com |
| Meisou US | shengda0774@163.com |
| SHUNYAO | futaoyangwen@outlook.com |
| ZHUOSHAN | 15555645405@163.com |
| animetravel | 610807127@qq.com |
| biggoosestore | 563111483@qq.com |
| bj9g | ipmart98@126.com |
| aobo-530 | ou530520@outlook.com |
| cineng_tank-moto | cineng_tank@163.com |
| fengbao_motor | hw_fengbao@163.com |
| guangling_motor | adhighway_12@163.com |
| jiayan524homemadesuitshop | jua5014@163.com |
| keep-221 | ou530123@outlook.com |
| MICROHELI-STORE | sales@microheli.com |
| salasn_64 | salasnorris48@gmail.com |
| sdtsboug | shanrui@sa.email.cn |
| shashou_moto | vsztdy5780@outlook.com |
| shashou_motor | vsztdy5780@outlook.com |
| stronger_motor-1 | adhighway_13@163.com |
| tianqi_moto | tianqi_motor@163.com |
| chenshu001 | shouyangc@163.com |
| Jiamunray | 3553390298@qq.com |
| XC Best Jewelry | 3252497201@qq.com |
| | Lucy-Tro@outlook.com |
| | shelly@cheng-ip.com |