IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-07529<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendants Name | Line No. |
|---|---|
| guangzhouhandongshangmaoyouxiangongsi | 25 |
| Meisou US | 33 |

| | |
|---|---|
| Dated this 3rd day of October 2024. | Respectfully submitted,<br>/s/ Quinn Guillermo<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Quinn Guillermo<br>Thomas J. Juettner<br>Greer, Burns & Crain, Ltd.<br>200 West Madison Street, Suite 2100<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>qguillermo@gbc.law<br>tjjuettner@gbc.law<br><br>*Counsel for Plaintiff Monster Energy Company* |