# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CANGNAN COUNTY HONGDA CRAFTS CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07529<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff Monster Energy Company ("Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case[1]. In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

Dated this 24th day of October 2024.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Quinn Guillermo
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　Quinn Guillermo
　　　　　　　　　　　　　　　　　　Thomas J. Juettner
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　200 West Madison Street, Suite 2100
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　qguillermo@gbc.law
　　　　　　　　　　　　　　　　　　tjjuettner@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Monster Energy Company*

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of October 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

                                            /s/ Quinn Guillermo
                                            Amy C. Ziegler
                                            Justin R. Gaudio
                                            Quinn Guillermo
                                            Thomas J. Juettner
                                            Greer, Burns & Crain, Ltd.
                                            200 West Madison Street, Suite 2100
                                            Chicago, Illinois 60606
                                            312.360.0080
                                            312.360.9315 (facsimile)
                                            aziegler@gbc.law
                                            jgaudio@gbc.law
                                            qguillermo@gbc.law
                                            tjjuettner@gbc.law

                                            *Counsel for Plaintiff Monster Energy Company*