# Exhibit A

| Seller Alias | Email Addresses |
|---|---|
| Cangnan County Hongda Crafts Co., Ltd. | hd@hongdacraft.com |
| Dongguan Chengying Printing And Packaging Co., Ltd. | sean.xiao@hawkskygifts.com |
| Dongguan Dayuan Garment Co., Ltd | xieqiaol_5274@qq.com |
| Dongguan Qixiang Plastic Products Co., Ltd. | cindy@qixiang588.com |
| Fuzhou Land-Ocean Co., Ltd. | sherrywang@landocean.com.cn |
| Hefei Desent International Trade Co., Ltd. | info@desentgift.com |
| Huaian Fortune International Co., Ltd. | sophy8686@163.com |
| Hubei Yasoo Industrial Co., Ltd. | charlie@hbyasoo.com |
| Jackson Carpet (Qingdao) Co., Ltd. | jacksoncarpet@hotmail.com |
| Jinggoal International Limited | info@jinggoal.com, xzhaaa@hotmail.com |
| Meijiacheng (Dongguan) Garment Accessories Co., Ltd. | tony@gdcap.com |
| Ningbo Ever-Echo Trading Co., Ltd. | new@chinayinshan.com |
| Quanzhou Xinyu International Trade Co., Ltd. | xygjmy1688@163.com |
| Shangrao Ruiqun Clothing Co., Ltd. | 18379912541@163.com |
| Shenyang Aigou Trading Co., Ltd. | a15840153353@163.com |
| Shenzhen Chengxing Packing & Material Co., Ltd. | 2355657554@qq.com |
| Shenzhen Nine-Tailed Fox Metal Technology Co., Ltd. | monalin@jiuweihu.pro |
| Shenzhen Xiyuan Technology Co., Ltd. | andy@desire-tech.com |
| Car House Store | byczy04171@outlook.com |
| LENTOS Car Electronics Store | tuo225231227@163.com |
| Monster Sticker Store | jiaoren1234567@163.com |
| dezhaoyidianzishangwu | zdz9999zdz@163.com |
| FNGEEN | stevenyang793@163.com |
| guangzhouniechengshangmaoyouxiangongsi | yujiapeng3285863@outlook.com |
| gzzxi | longo9373@163.com |
| LiuhaiMingArtPainting | huanwebing112@163.com |
| LU-CK | 15350268595@163.com |
| Market plicen | fat3j1@163.com |
| ZHUOSHAN | 15555645405@163.com |
| animetravel | 610807127@qq.com |
| biggoosestore | 563111483@qq.com |
| bj9g | ipmart98@126.com |
| aobo-530 | ou530520@outlook.com |
| cineng_tank-moto | cineng_tank@163.com |
| fengbao_motor | hw_fengbao@163.com |
| guangling_motor | adhighway_12@163.com |
| jiayan524homemadesuitshop | jua5014@163.com |

| | |
|---|---|
| keep-221 | ou530123@outlook.com |
| MICROHELI-STORE | sales@microheli.com, support@microheli.com |
| salasn_64 | salasnorris48@gmail.com |
| sdtsboug | shanrui@sa.email.cn |
| shashou_moto | vsztdy5780@outlook.com |
| shashou_motor | vsztdy5780@outlook.com |
| stronger_motor-1 | adhighway_13@163.com |
| tianqi_moto | tianqi_motor@163.com |
| chenshu001 | shouyangc@163.com |