# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CANGNAN COUNTY HONGDA CRAFTS CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-07529<br><br>**Judge Jeremy C. Daniel**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF SETTLEMENT

Plaintiff Monster Energy Company ("Plaintiff") and Defendant Dongguan Dayuan Garment Co., Ltd. (Def. No. 3) ("Defendant") notify the Court that they have settled. A Satisfaction of Judgment was filed as to Defendant on March 20, 2025. [67]. Defendant hereby withdraws its Motion to Vacate Default Judgment [65] and the briefing schedule in Minute Entry [66] can be terminated.

Dated: March 21, 2025

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Monster Energy Company*

Respectfully submitted,

/s/ Longhao Wang

Longhao Wang
13A, Shun Ho Tower
24-30 Ice House Street
Central, Hong Kong S.A.R.
(718) 200-9474
lwang@lwlegalfirm.com

*Attorney for Defendant*